**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| RAMON SINEGAL, | ) | NO. ED CV 13-662-RGK(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| L.S. McEWEN, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: April 16, 2013.

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE